1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BOUNSEUTH THOURAKHONE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) No. 1:12-cr-00325 AWI-BAM-1
                                       )
12 |         *Plaintiff,*               ) STIPULATION TO CONTINUE SENTENCING
                                       ) HEARING; ORDER THEREON
13 |    v.                              )
                                       )
14 | BOUNSEUTH THOURAKHONE,             ) Date : July 8, 2013
                                       ) Time: 10:00 a.m.
15 |         *Defendant.*               ) Honorable Anthony W. Ishii
                                       )
16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel, that the sentencing hearing in the above-referenced matter now scheduled for July 1, 2013, **may**

19 **be continued to July 8, 2013, at 10:00 a.m.**

20        The reason for this request is the unavailability of defense counsel at the date and time currently

21 set. The requested continuance will conserve time and resources for both counsel and the court. Assistant

22 United States Attorney, Karen Escobar, has no objection to this request.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Because this is a sentencing hearing, no exclusion of time is necessary.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 26, 2013                    /s/ Karen Escobar
                                        KAREN ESCOBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: June 26, 2013                    /s/  Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        BOUNSEUTH THOURAKHONE


**O R D E R**

**IT IS SO ORDERED.**  The sentencing hearing in the above-captioned matter is hereby continued to July 8, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 29, 2013
                                        _____
                                        SENIOR  DISTRICT  JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order Thereon                    2