BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BOUNSEUTH THOURAKHONE,<br><br>　　　　　　　　Defendant. | CASE NO.  Cr  1:12-cr-00325 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, July 8, 2013, at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

2. By this stipulation, the parties agree to continue sentencing to July 29, 2013, at 10 a.m. in order to effectuate the terms of the plea agreement.

////

////

////

////

1

IT IS SO STIPULATED.

DATED: July 3, 2013.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 3, 2013.

/s/ Marc Days
MARC DAYS
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: July 3, 2013

_____
SENIOR DISTRICT JUDGE

2