BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BOUNSEUTH THOURAKHONE,<br><br>            Defendant. | CASE NO. 1:12-cr-00325 AWI-BAM<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER THERON |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for sentencing on Monday, February 3, 2014, at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

2.   By this stipulation, the parties agree to continue sentencing to February 24, 2014, at 10 a.m. after the anticipated change of plea of co-defendant Singharath in this matter.

////

////

////

////

1

IT IS SO STIPULATED.

DATED: January 28, 2014.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: January 24, 2014.

/s/ Marc Days
MARC DAYS
Counsel for Defendant

IT IS SO ORDERED.

Dated:  January 29, 2014                    _____

SENIOR DISTRICT JUDGE

2