BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOUNSEUTH THOURAKHONE,<br><br>　　　　　　　　Defendant. | CASE NO. Cr  1:12-cr-00325 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE; [ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, March 24, 2014, at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

2. By this stipulation, the parties agree to advance sentencing to March 10, 2014, at 10 a.m. after the anticipated change of plea of co-defendant Singharath in this matter.

////

////

////

////

1

IT IS SO STIPULATED.

DATED:     March 6, 2014.            Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Karen A. Escobar
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney


DATED:     March 6, 2014.

                                     /s/ Marc Days
                                     MARC DAYS
                                     Counsel for Defendant


**O R D E R**

IT IS SO ORDERED.

Dated:   March 6, 2014                _____
                                       SENIOR  DISTRICT  JUDGE

2